**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Keith Terrill PRIM, Defendant-Appellant.**

**No. 16-16106
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(March 23, 2017)

John Ryan Love, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Christopher P. Canova, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff-Appellee

Randall Scott Lockhart, Federal Public Defender's Office, Pensacola, FL, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant-Appellant

Before JORDAN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Keith Terrill Prim in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no

arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Prim's convictions and sentences are **AFFIRMED**.